UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID A. ACOSTA,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security,**<br><br>        Defendant. | Case No. CV 16-2778 MWF (AJW)<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is affirmed.

Dated: June 16, 2017

_____
MICHAEL W. FITZGERALD
United States District Judge